UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

mCom IP, LLC

    Plaintiff,

v.                                                                                  22-cv-2046 (CM)

BACKBASE U.S.A. INC.,

    Defendant.

-------------------------------------------------- X

## NOTICE

McMahon, J.:

    The parties in the above captioned matter are directed to report to the court regarding the status of the PTAB *inter partes* review of the asserted patent and the plaintiff's opposition thereto.

Dated: September 27, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL