UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

mCom IP, LLC

        Plaintiff,

v.                                    22-cv-2046 (CM)

BACKBASE U.S.A. INC.,

        Defendant.

------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/24/2023

## NOTICE

McMahon, J.:

    The parties in the above captioned matter are directed to report to the court regarding the status of the PTAB *inter partes* review of the asserted patent and the plaintiff's opposition thereto.

Dated: March 24, 2023

                                                          *Colleen McMahon*
                                                           U.S.D.J.

BY ECF TO ALL COUNSEL