UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────── X

mCom IP, LLC

      Plaintiff,

v.                                  22-cv-2046 (CM)

BACKBASE U.S.A. INC.,

      Defendant.
────────────────────────────── X

## NOTICE

McMahon, J.:

    In advance of the status conference scheduled for May 11, 2023, the parties in the above captioned matter are directed to report to the court whether an appeal of the Final Written Decision of the PTAB *inter partes* review has been filed with the Federal Circuit.

Dated: May 8, 2023

                                                      */s/ Colleen McMahon*
                                                            U.S.D.J.

BY ECF TO ALL COUNSEL