IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MCOM IP, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:23-cv-02145-LMM |
| BACKBASE U.S.A. INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

    This matter was transferred to this Court from the District Court for the Southern District of New York on May 11, 2023. Dkt. No. [1]. It appears that the case had been stayed for an *Inter Partes* Review of the relevant patent by the Patent Trial and Appeal Board ("PTAB"), see Dkt. No. [22], that the PTAB's determination upon review may have mooted the claims asserted in this action, see Dkt. Nos. [32, 33], and that the PTAB's determination was not appealed, Dkt. No. [36], but it does not appear that the stay was lifted. There is also a motion to dismiss or transfer venue, Dkt. No. [14], which appears to have been only partially addressed (by virtue of the transfer to this Court) but which may have been mooted by the PTAB determination.

The parties are hereby **ORDERED** to meet and confer and file a joint status report within **14 days** of the entry of this Order. If further proceedings are necessary in this action, the status report should be accompanied by a proposed scheduling order.

**IT IS SO ORDERED** this 5th day of June, 2023.

*[signature]*
**Leigh Martin May**
**United States District Judge**