IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MCOM IP, LLC, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION NO. |
| v. | ) |
| | )   1:23-cv-02145-LMM |
| BACKBASE U.S.A. INC., | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

On May 21, 2023, the Clerk's Office sent letters to David J. Hoffman, Kyril Talanov, and William P. Ramey, III, indicating that they must be admitted *pro hac vice* since they are out-of-state attorneys who are not members of the Bar of this Court. Dkt. Nos. [39, 40, 41]. Each attorney was given the option of either filing a *pro hac vice* application or withdrawing from the case within ten (10) days of the letter. As of today, neither a *pro hac vice* application nor a withdrawal notice has been filed with the Court on behalf of Mr. Hoffman, Mr. Talanov, or Mr. Ramey.

Therefore, Mr. Hoffman, Mr. Talanov, and Mr. Ramey are each **DIRECTED** to either file a *pro hac vice* application or to withdraw from the case by July 7, 2023. Should an attorney not file a *pro hac vice* application or withdraw, he shall be removed from this case.

The Clerk is **DIRECTED** to mail this order to David J. Hoffman at Hoffman Law, 254 W. 15th St., Apt 2C, New York, NY 10011, and to Kyril Talanov and William P. Ramey, III, at Ramey LLP, 5020 Montrose Blvd., Suite 800, Houston, TX 77006.

The Court will **DEFER** entering a scheduling order until Plaintiff is properly represented by counsel.

**IT IS SO ORDERED** this 22nd day of June, 2023.

_____
Leigh Martin May
United States District Judge