FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 13 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MCOM IP, LLC,<br>      Plaintiff,<br><br>V.<br><br>BACKBASE U.S.A. INC.,<br><br>      Defendant | CIVIL ACTION NO.<br>1:23-CV-02145-LMM |

**PLAINTIFF'S REQUEST FOR EXTENSION TO FILE NOTICE OF APPEARANCE PENDING APPEARANCE OF LOCAL COUNSEL AND RESPOND TO RENEWED MOTION TO DISMISS**

Per Order of this Court, ECF No. 44, Counsel for Plaintiff, mCom IP, LLC were directed to either file pro hac vice application or withdraw by July 7, 2023. Plaintiff counsel has attempted to obtain local counsel on this case but has not be able to secure local counsel. Plaintiff respectfully requests that the Court allow an additional two weeks to obtain local counsel and appear by July 21, 2023.

Additionally, Defendant BackBase U.S.A. Inc. filed a proposed Scheduling Order on June 21, 2023, ECF No. 43 and signed by this court on June 27, 2023, ECF No. 45. Pursuant to said Order, Defendant filed its Renewed Motion to Dismiss on June 30, 2023, ECF No. 47. Plaintiff's Response is due on July 14, 2023. Plaintiff requests an additional two weeks to respond by July 28, 2023.

                                      Respectfully submitted,

                                      **Ramey LLP**

                                      */S/ William P. Ramey, III*
                                      William P. Ramey, III
                                      Texas State Bar No. 24027643
                                      5020 Montrose Blvd., Suite 800
                                      Houston, Texas 77006
                                      (713) 426-3923 (telephone)
                                      (832) 900-4941 (fax)
                                      wramey@rameyfirm.com

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of July 10, 2023, with a copy of the foregoing via CM/RRR.

*/S/ William P. Ramey, III*
William P. Ramey, III

5020 Montrose Blvd.
Suite 800
Houston, TX 77006



CLEARED DATE
JUL 13 2023
U.S. Marshals Service
Atlanta, GA 30303

US District Court Clerk
Northern District of Georgia
75 Ted Turner Dr NW #2211
Atlanta, GA 30303

