IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 13 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MCOM IP, LLC,

    Plaintiff,

V.

BACKBASE U.S.A. INC.,

    Defendant

CIVIL ACTION NO.
1:23-CV-02145-LMM

## [~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR EXTENSION TO FILE NOTICE OF APPEARANCE PENDING APPEARANCE OF LOCAL COUNSEL AND RESPOND TO RENEWED MOTION TO DISMISS

The Court having considered this Motion grants Plaintiff an additional two weeks to obtain local counsel and appear by July 21, 2023 and grants an additional two weeks to respond to Defendant's Motion to Dismiss by July 28, 2023

IT IS SO ORDERED, this __14th__, day of July, 2023

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

1