# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MCOM IP, LLC, ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| V. ) | 1:23-CV-02145-LMM |
| ) | |
| BACKBASE U.S.A. INC., ) | |
| ) | |
|     Defendant ) | |

## ENTRY OF APPEARANCE

COMES NOW, Kristina Ducos, attorney with the law firm of Alexander Shunnarah Trial Attorneys, and hereby notifies the Court and all counsel of her entry of appearance as additional counsel of record on behalf of Plaintiff and requests that she be provided with a copy of all future pleadings.

All further pleadings, notices and other papers should also be served on the address shown below:

600 Peachtree St., NE Suite 3710<br>
Atlanta, Georgia 30308<br>
(404) 469-9574 Telephone<br>
(678) 591-7512 Telephone<br>
(470) 220-5130 Facsimile<br>
Email: kducos@asilpc.com

This 18th day of July 2023.

Respectfully Submitted,

THE DUCOS LAW FIRM, LLC
Alexander Shunnarah Trial Attorneys, of Counsel.

<u>/s/ Kristina Ducos</u>
Kristina Ducos
Georgia State Bar No. 440149
Attorney for Plaintiff

600 Peachtree St. NE, Suite 3710
Atlanta, Georgia 30308
O: (404) 469-9574
Direct: (678) 591-7512
F: (470) 220-5130
kducos@asilpc.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MCOM IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| V. | ) | 1:23-CV-02145-LMM |
| | ) | |
| BACKBASE U.S.A. INC., | ) | |
| | ) | |
|     Defendant | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served the within and foregoing **ENTRY OF APPEARANCE** upon all clerks and counsel of record by electronic means as follows:

David J. Hoffman
254 W. 15th Street., Apt. 2C
New York, New York 10011
(9147) 701-3117 Telephone
djhoffman@djhoffmanlaw.com

Ramey LLP
William P. Ramey, III (Pro Vice anticipated)
Texas State Bar No.: 240027643
Kyril Talanov (Pro Vice anticipated)
Texas Bar No.: 24075139
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 Telephone
(832) 900-4941 Fax
wramey@rameyfirm.com

ktalanov@rameyfirm.com

This 18th day of July 2023.

Respectfully Submitted,

        THE DUCOS LAW FIRM, LLC
        Alexander Shunnarah Trial Attorneys, of Counsel.

        /s/ Kristina Ducos
        Kristina Ducos
        Georgia State Bar No. 440149
        Attorney for Plaintiff

600 Peachtree St. NE, Suite 3710
Atlanta, Georgia 30308
O: (404) 469-9574
Direct: (678) 591-7512
F: (470) 220-5130
kducos@asilpc.com