IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MCOM IP, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:23-cv-02145-LMM |
| v. | : | |
| BACKBASE U.S.A. INC., | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court on a *sua sponte* review. Plaintiff mCom IP, LLC, has not filed the Certificate of Interested Persons and Corporate Disclosure Statement required by LR 3.3, NDGa. Plaintiff is hereby **ORDERED** to file the Certificate of Interested Persons within 14 days of entry of this Order.

**IT IS SO ORDERED** this 15th day of August, 2023.

_____
**Leigh Martin May**
**United States District Judge**