IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MCOM IP, LLC,
        Plaintiff,

V.

BACKBASE U.S.A. INC.,
     JURY TRIAL DEMANDED
        Defendant

CIVIL ACTION NO.
1:23-CV-02145-LMM

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff MCOM IP LLC, ("mCom") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. MCOM IP, LLC

2. Ramey LLP

DATED: August 29, 2023

Respectfully submitted,

**Ramey LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III (*admitted PHV*)
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

1

wramey@rameyfirm.com

***Attorneys for mCom IP, LLC***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR3.3, I hereby certify that all counsel of record who have appeared in this case are being served on this day of August 29, 2023, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III (*admitted PHV*)