# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MCOM IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BACKBASE U.S.A. INC., <br><br> Defendant. | CIVIL ACTION NO. <br> 1:23-cv-02145-LMM |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff mCom IP, LLC and Defendant Backbase U.S.A. Inc. (collectively "the Parties"), pursuant to Fed. R. Civ. P. 41(a), hereby move for an order dismissing all claims asserted by Plaintiff in this action WITH PREJUDICE, subject to the terms of an agreement titled "CONFIDENTIAL SETTLEMENT AND LICENSE AGREEMENT" effective October 26, 2023, with each party to bear its own costs, expenses, and attorney's fees.

Respectfully submitted this 20th day of November 2023.

[signatures on following page]

*/s/ Kristina Ducos*
Kristina Ducos | GA Bar No. 440149
**THE DUCOS LAW FIRM, LLC**
**ALEXANDER SHUNNARAH TRIAL ATTORNEYS**
600 Peachtree St., NE Suite 3710
Atlanta, Georgia 30308
T: (404) 469-9574
T: (678) 591-7512
F: (470) 220-5130
k.ducos@asilpc.com

William P. Ramey (*pro hac vice)*
Texas State Bar No. 24027643
**RAMEY LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
T: (713) 426-3923
F: (832) 900-4941
wramey@rameyfirm.com
*Attorneys for mCom IP, LLC*

*/s/ N. Andrew Crain*
(with express permission by Kristina Ducos)
N. Andrew Crain | Ga. Bar No. 193081
Paul J. Spina IV | Ga Bar No. 839522
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Road SE, Suite 1600E
Atlanta, Georgia 30339
T: (770) 993-9500
F: (770) 951-0933
a.crain@thip.law
p.spina@thip.law
*Attorneys for Backbase U.S.A. Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MCOM IP, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BACKBASE U.S.A. INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br>1:23-cv-02145-LMM |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record. By separate email, the undersigned also represents that a copy has been emailed to:

William P. Ramey, III
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
wramey@rameyfirm.com

Respectfully submitted this 20th day of November 2023.

[signatures on following page]

3

*/s/ N. Andrew Crain*
(with express permission by Kristina Ducos)
N. Andrew Crain | Ga. Bar No. 193081
Paul J. Spina IV | Ga Bar No. 839522
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Road SE, Suite 1600E
Atlanta, Georgia 30339
T: (770) 993-9500
F: (770) 951-0933
a.crain@thip.law
p.spina@thip.law
*Attorneys for Backbase U.S.A. Inc*